**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **Estate of SONYA DENISE PHILLIPS by CAROLYN PHILLIPS, mother, next friend, and custodian of decedent Sonya Phillips's minor children: SHUMAI'KEE PHILLIPS, TASHANTI PHILLIPS, and TAHIJI PHILLIPS,**<br><br>　**Plaintiffs,**<br><br>**v.**<br><br>**ROANE COUNTY, *et al.*,**<br><br>　**Defendants.** | No. 3:00-cv-692<br>(Phillips) |

## ORDER

Pursuant to the opinion of the United States Court of Appeals for the Sixth Circuit in *Phillips v. Roane County, Tenn.*, 534 F.3d 531 (6th Cir. 2008), in which the Sixth Circuit found the following defendants to be subject to qualified immunity, all claims against defendants Ken Yager, David Haggard, Gloria Wright, and Howie Rose are hereby **DISMISSED**.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　**ENTER:**

　　　　　　　　　　　　　　　　　s/ Thomas W. Phillips
　　　　　　　　　　　　　　　United States District Judge