# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| Estate of SONYA DENISE PHILLIPS by CAROLYN PHILLIPS, mother, next friend, and custodian of decedent Sonya Phillip's minor children: SHUMAI'KEE PHILLIPS, TASHANTI PHILLIPS, and TAHIJI PHILLIPS ) ) ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:00-cv–692 (Phillips) |
| ROANE COUNTY, *et al.*, ) ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the court on defendant Ridgeview Psychiatric Hospital and Center, Inc.'s [hereafter, "Ridgeview") Motion for Summary Judgment [Doc. 233]. Defendant Ridgeview states that plaintiffs have failed to set forth expert testimony establishing: (1) that Ridgeview was negligent in their treatment or diagnosis of Ms. Phillips; and (2) that Dr. Katherine Sales was an agent, servant, or employee of Ridgeview.

Having reviewed the record, the court finds that there are genuine issues of material fact regarding each issue. Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, defendant Ridgeview's Motion for Summary Judgment [Doc. 233] is **DENIED**.

    **IT IS SO ORDERED**.

-1-

**ENTER:**

s/ Thomas W. Phillips
United States District Judge