## UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF TENNESSEE NORTHERN DIVISION, AT KNOXVILLE

| | | |
|---|---|---|
| **Estate of Sonya Denise Phillips** | § | |
| **by Carolyn Phillips, mother** | § | |
| **next friend and custodian of** | § | |
| **decedent Sonya Phillips' minor** | § | |
| **children: Shumai'kee Phillips** | § | |
| **Tashanti Phillips, and Tahiji Phillips** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| **v.** | § | **No.: 3:00-CV-692 (630)** |
| | § | |
| **Roane County, et al.** | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

In this cause came the Plaintiffs and Defendant Roane County, Tennesseee and the Roane County Defendants in their official capacities, by and through counsel, and annouced to the Court that they have reached an agreement in this case whereby the Plaintiffs' suit shall be dismissed with full prejudice in bar of the Plaintiffs' right to reinstitute the suit against these Defendants. It is therefore ORDERED, ADJUDGED and DECREED that the Plaintiffs' suit against Roane County, Tennessee and the Roane County Defendants in their official capacities be hereby dismissed with full prejudice in bar of the right of the Plaintiffs to reinstitute suit against these Defendants.

ENTER: this ___3rd___ day of ___MARCH___, 2010.

*Thomas W. Phillips*
_____
**Hon. Thomas W. Phillips**
U.S. District Judge

1

**Approved for Entry:**


s/Jeffrey R. Thompson
Gary M. Prince, BPR # 010091
Jeffrey R. Thompson, BPR # 020310
*Attorneys for Roane County*
**O'NEIL, PARKER & WILLIAMSON, PLLC**
416 Cumberland Avenue, S.W.
Knoxville, TN 37902
(865) 546-7190



s/Dan C. Stanley
Dan C. Stanley, BPR # 021002
*Attorney for the Plaintiffs*
**LAW OFFICES OF DAN CHANNING STANLEY**
422 S. Gay Street, Suite 302
Knoxville, TN 37902
(865) 522-9942